UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LOCALS 302 AND 612 OF THE
INTERNATIONAL UNION OF OPERATING
ENGINEERS CONSTRUCTION INDUSTRY
HEALTH AND SECURITY FUND, *et al.*,

    Plaintiffs,

v.

BARRY CIVIL CONSTRUCTION, INC.,

    Defendant,

v.

PEASE & SONS, INC.,

    Garnishee.

Case No. MC22-0083RSL

ORDER TO ISSUE WRIT OF GARNISHMENT

This matter comes before the Court on plaintiff's "Application for Writ of Garnishment" for property in which the defendant/judgment debtor, Barry Civil Construction, Inc., has a substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee, Pease & Sons, Inc. The Court having reviewed the record in this matter, it is hereby ORDERED that the Clerk of Court shall issue the Writ of Garnishment (Dkt. # 1-2) submitted by plaintiffs' counsel on October 10, 2022.

Dated this 12th day of October, 2022.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO ISSUE WRIT OF GARNISHMENT